*IN THE UNITED STATES DISTRICT COURT*
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

BOBBIE FINGERS

vs.                                              NO. 2:09CV00054 SWW

PALESTINE-WHEATLEY SCHOOL DISTRICT, ET AL

## ORDER OF DISMISSAL

The parties having settled this matter during a settlement conference before Magistrate Judge Beth Deere on August 17, 2010,

IT IS THEREFORE ORDERED that this action be, and it hereby is, dismissed with prejudice.

DATED this 14th day of September 2010.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE